CHRISTOPHER A. MEASOM et al., Respondents, v GREENWICH AND PERRY STREET HOUSING CORPORATION, Appellant.

Submitted December 10, 2007; decided February 7, 2008

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 946 (2007)].

In the Matter of PATRICIA E.K., Respondent, v EDWARD THOMAS K., JR., Appellant, and HEIDI K., Respondent.

Submitted December 10, 2007; decided February 7, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.